296 U.S. 585
 56 S.Ct. 97
 80 L.Ed. 414
 Vivian Wycliffe BUIE, petitioner,
v.
The UNITED STATES of America.*
 No. 118.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. William R. Watkins, of Ft. Worth, Tex., for petitioner.
 
 
 1
 Mr. Homer S. Cummings, Atty. Gen., for the United States.
 
 
 2
 For opinion below, see 76 F.(2d) 848.
 
 
 3
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 166, 80 L. Ed. 471.